919 A.2d 912

**Lawrence S. HERMAN, D.C., Nachas, Inc., Jason H. Herman, Mitchell Chiropractic Center, and Thomas C. Mitchell, D.C., Petitioners,**

v.

**CAPITAL BLUE CROSS, INC., Respondent.**

Supreme Court of Pennsylvania.

March 14, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is hereby GRANTED. It is also ordered that the Order of the Commonwealth Court is Vacated and the matter be Remanded to the Commonwealth Court for reconsideration in light of *Ciamaichelo v. Independence Blue Cross,* 589 Pa. 415, 909 A.2d 1211 (2006).